# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**STEPHANIE RICE, et al.**                                               **PLAINTIFFS**

**v.**                                        **CIVIL ACTION NO.: 1:07-cv-034-SA**

**LOWNDES COUNTY, MISSISSIPPI, et al.**                                  **DEFENDANTS**

## AGREED ORDER DISMISSING DEFENDANT LOWNDES COUNTY, MISSISSIPPI WITHOUT PREJUDICE

This cause came on for hearing on the parties' *ore tenus* motion to dismiss Lowndes County, Mississippi without prejudice. The Court, having carefully considered the matter and been sufficiently apprised of the circumstances, finds that "Columbus/Lowndes County E911 Telecommunications" was the Plaintiffs' employer, that Lowndes County, Mississippi, was not the Plaintiffs' employer, and that Lowndes County, Mississippi, should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED that Lowndes County, Mississippi, is hereby dismissed without prejudice and the matter shall proceed against the remaining defendant.

SO ORDERED, this the 2nd day of January, 2008.

                                                   /s/ Sharion Aycock
                                                   UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT**:

/s/ *Nick Norris*                                    /s/ *Timothy M. Threadgill*
NICK NORRIS                                      TIMOTHY M. THREADGILL
One of the Attorneys for Plaintiffs           One of the Attorneys for Defendants